IRVING TRUST COMPANY, as Trustee in Bankruptcy of J. SCHIERER, INC., v. JACOB SCHIERER and SARAH SCHIERER.— Motion granted upon condition that defendants, within ten days from service of a copy of the order with notice of entry thereof, furnish a surety company bond in sufficient amount to pay any judgment that plaintiff may recover; otherwise, motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of EDWARD H. REYNOLDS, an Attorney.— Motion denied pending the coming in of the report of the referee; reference ordered to Charles Evans Hughes, Jr., Esq. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of JOSEPH A. BUTLER, an Attorney.— Reference ordered to Hon. Clarence J. Shearn. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of ARTHUR N. SAGER, an Attorney.— Motion denied pending the coming in of the report of the referee; reference ordered to Charles Evans Hughes, Jr., Esq. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of JOSEPH SHALLECK, an Attorney.— Motion denied pending the coming in of the report of the referee; reference ordered to Charles Evans Hughes, Jr., Esq. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE FLATTO v. REBECCA SLATER and LENA SCHOENBERG, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

RATHGEB GRATE CO., INC., and Another v. ESTHER PRIMOFF, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL SCHULTZ and Others v. GLOBE MAIL SERVICE, INC., and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM E. FRIEDMAN v. THOROBRED FROCKS, INC.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NAN SACHS v. ABRAHAM J. SACHS.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALTER C. BELL and Others v. THE TRINITY METHODIST EPISCOPAL CHURCH OF CITY ISLAND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BETTY RAY HARRIS v. JOSEPH EASTMENT SHEEHAN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

NEW YORK LIFE INSURANCE COMPANY v. EVELYN LICHTENSTEIN.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.